Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

W. Scott Jenkins, Jr. (#021841)
Scott.jenkins@quarles.com
Hannah R. Torres (#033137)
Hannah.torres@quarles.com
Michael Galen (#035044)
Michael.galen@quarles.com

*Attorneys for CIT Bank, N.A.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CRESTWOOD HOSPITALITY LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 4:21-bk-03091-BMW<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

      QUARLES & BRADY LLP, as attorneys for CIT Bank, N.A., successor by merger to Mutual of Omaha Bank ("CIT Bank"), hereby notices its appearance and requests that it receive notice of all proceedings in the Chapter 11 case of CRESTWOOD HOSPITALITY LLC, including, but not limited to, any notices in the above-referenced administrative matter and any related adversary proceedings and that the following names be added to the master mailing list:

      W. Scott Jenkins, Jr.
      Hannah R. Torres
      Michael Galen
      Quarles & Brady LLP
      One Renaissance One
      Two North Central Avenue
      Phoenix, AZ 85004-2391

Phone: (602) 229-5206
Fax: (602) 229-5690
Email: scott.jenkins@quarles.com
Hannah.torres@quarles.com
Michael.galen@quarles.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of CIT Bank's:

(a) Right to have any and all final orders for any and all non-core matters entered only after a <u>de novo</u> review by a United States District Court;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. §157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by CIT Bank without exception and shall not be waived, confessed, or conceded by filing this notice or by any other participation in this matter.

DATED this 26th day of April, 2021.

>QUARLES & BRADY LLP
>One Renaissance Square
>Two North Central Avenue
>Phoenix, AZ 85004-2391
>
>By /s/ W. Scott Jenkins, Jr.
>W. Scott Jenkins, Jr.
>Hannah R. Torres
>Michael Galen
>
>*Attorneys for CIT Bank, N.A.*

COPIES of the foregoing sent
via e-mail this 26th day of April, 2021, to:

Randy Nussbaum
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., Fourth Floor
Scottsdale, AZ 85251
Randy.Nussbaum@sackstierney.com
*Attorneys for Debtor*

U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
ustpregion14.px.ecf@usdoj.gov

/s/ Lizzie Norman