Randy Nussbaum (SBN 006417)
Randy.Nussbaum@SacksTierney.com
Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
Sierra M. Minder (SBN 035795)
Sierra.Minder@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Proposed Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| CRESTWOOD HOSPITALITY, LLC, | Case No. 4:21-bk-03091-BMW |
| Debtor. | **DECLARATION PURSUANT TO RULE 2014 BY PROPOSED ATTORNEYS FOR THE DEBTOR** |

I, Randy Nussbaum, being first duly sworn, depose and state:

1. I am a partner with the law firm of Sacks Tierney P.A. ("Sacks Tierney") which is located at 4250 N. Drinkwater Blvd., Fourth Floor, Scottsdale, Arizona.

2. I am duly admitted to practice law in the State of Arizona and am in good standing.

3. I practice in the field of bankruptcy law and am qualified to represent the Debtor in the above-captioned bankruptcy proceedings. I am certified by the Arizona State Bar in bankruptcy law and certified by the American Board of Certification in business bankruptcy law.

4. The ranges of hourly rates charged by Sacks Tierney in connection with the representation of the Debtor are as follows:

| | |
|---|---|
| Partners: | $370– $550 per hour |
| Associates: | $250 – $370 per hour |
| Paralegals: | $125 – $245 per hour |

5. A copy of the Debtor's *Terms of Representation and Fee Agreement* with Sacks Tierney is attached hereto and incorporated herein as Exhibit "A."

6. To the best of my knowledge, except as set forth below, neither I nor Sacks Tierney have any connection with the Debtor, its creditors, or any other party in interest, or any of its respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, and represent no interest adverse to the Debtor or its bankruptcy estate.

7. Prior to the filing of this bankruptcy case, Sacks Tierney represented the Debtor in pre-petition negotiations with creditors, and bankruptcy preparations.

8. Prior to being retained as bankruptcy counsel for the Debtor, Sacks Tierney represented Sukhbinder Khangura, Rupinder Khangura and Jasbir Khangura in connection with their personal guarantee of the Debtor's obligations to CIT Bank, N.A., Maximum Commercial Capital Corporation LL, Hall- Mesa LLC, Wells Fargo Bank, Rialto Capital Advisors, Midland Bank, Wilmington Trust, and the US Small Business Administration. That representation ended prior to the filing of this bankruptcy case and the Khanguras currently each have their own separate, independent counsel.

9. Sacks Tierney represents Woodbridge Hospitality LLC dba Homewood Suites, a creditor of the Debtor, and a co-debtor of the Debtor's liability to Maxim Commercial Capital LLC, and Wilmington Trust, in general business planning.

10. Sacks Tierney represents Khangura Development, LLC, which is the borrower and co-debtor of the Debtor's liability to Maxim Commercial Capital LLC, in its negotiations with said creditor.

11. Sacks Tierney represents Legacy Hospitality, LLC, which is a co-debtor of the Debtor's liability to Brycon Corporation, in its negotiations with Hall-Mesa, LLC.

12. Sacks Tierney represents Optima Lodging, LLC, which is co-debtor of the Debtor's liability to Maxim Commercial Capital LLC, in its negations with Midland Bank.

13. Sacks Tierney is a disinterested party, as that term is defined by 11 U.S.C. § 101, in that it is not a creditor, equity security holder, or an insider of the Debtor.

14. Sacks Tierney will act in the best interests of the Debtor and will represent no other interest than the Debtor's in these Chapter 11 proceedings.

DATED: April 26, 2021.

**SACKS TIERNEY P.A.**


By: */s/ Randy Nussbaum*
Randy Nussbaum
Philip R. Rudd
Sierra M. Minder
*Proposed Attorneys for Debtor*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on April 26, 2021, to:

Hannah R. Torres*
W. Scott Jenkins, Jr.*
Hannah.Torres@quarles.com
Scott.Jenkins@quarles.com
QUARLES & BRADY L.L.P.
Two North Central Avenue
Phoenix, AZ 85004
*Attorneys for CIT Bank N.A.*

Jason Ebe*
Benjamin W. Reeves*
jebe@swlaw.com
breeves@swlaw.com
SNELL & WILMER L.L.P.
400 E. Van Buren Street, Suite 1900
Phoenix, AZ 85004
*Attorneys for Brycon Corporation*

City of Tucson*
Investigations Section
Tax-investigations@tucsonaz.gov
P.O. Box 27210
Tucson, AZ 85726

John G. Sinodis*
JGS@JHC.Law
JENNINGS HAUGH CUNNINGHAM
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
*Attorneys for Maxim Commercial Capital LLC*

| | |
|---|---|
| US SBA*<br>Office of Disaster Assistance<br>answerdesk@sba.gov<br>14925 Kingspur Road<br>Fort Worth, TX 76155 | US Small Business Administration<br>409 3rd St., SW<br>Washington, DE 20410 |
| US Small Business Administration<br>4041 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012 | Grant L. Cartwright *<br>gcartwright@maypotenza.com<br>Andrew A. Harnisch *<br>aharnisch@maypotenza.com<br>MAY, POTENZA, BARAN & GILLESPIE, P.C.<br>201 North Central Ave., Ste. 2200<br>Phoenix, AZ 85004-0608<br>*Counsel for Sukhbinder and Rupinder Khangura* |
| Elizabeth C. Amorosi *<br>elizabeth.c.amorosi@usdoj.gov<br>OFFICE OF THE UNITED STATES TRUSTEE<br>230 N. First Ave., Ste. 204<br>Phoenix, AZ 85003-1706 | |

By: */s/ Cathie Bernales*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

3008066.v2

# EXHIBIT A

# SACKS TIERNEY P.A.
# TERMS OF REPRESENTATION AND
# FEE AGREEMENT

1. **Description of Legal Services.** We will be representing CRESTWOOD HOSPITALITY, LLC, with regards to its voluntary bankruptcy case pursuant to Chapter 11 of the United States Code. This description is not all-inclusive, and should not be construed as a complete statement of the work we will provide in this matter. Issues often arise during the course of representation that cannot be predicted in advance; we will advise you as these issues arise and discuss them with you.

2. **Who Will Provide the Legal Services.** We believe it is best for our clients to have one attorney who serves as the principal contact attorney.

Randy Nussbaum will be the principal contact attorney working with you. Subject to Randy Nussbaum's discretion, we may, from time to time, delegate specific tasks to other attorneys or paralegals in the firm. This delegation may be for the purpose of involving lawyers or paralegals with particular expertise in a given area, or for the purpose of providing services on the most efficient and timely basis. We will make a concerted effort to provide you with the names of those other attorneys and paralegals who may work on your matter.

To aid in our representation, we may need to hire expert consultants or investigators. We will not engage such persons without first discussing with you their fees and charges, and obtaining your consent to hire such service. Such "outside" service will often be billed to you directly.

3. **Scope of Work.** You should have a clear understanding of the legal services we will provide. As your attorney(s), we will take actions on your behalf that we believe will help your case. We will keep you informed of all material progress and consult with you regarding significant developments. Discussions concerning the possible outcome of your legal matters are only expressions of our professional judgment. They are not guarantees, but, rather, are based on our experience, the state of the law, and our knowledge of the facts.

4. **Insurance Review.** Please be advised that many claims/defenses or other matters about which you are consulting us may be covered by your insurance. Be sure to review all of your insurance policies and notify your personal/business insurance agent(s) to determine whether you have insurance coverage available.

5. **How Fees Will Be Set.** Our normal fee arrangement is the "reasonable fee" arrangement based upon the criteria for reasonableness specified in the Arizona Rules of Professional Conduct. These criteria include:

- the time spent and effort required for tasks performed;
- the difficulty, novelty, or complexity of the problem presented;
- the skill required to perform the services properly;

2971264.v1

- the time constraints imposed by the client or the nature of the matter;
- the amount involved and the results obtained for the client; and
- the experience, reputation and ability of the lawyer(s) performing the service.

In most cases, the time and effort factors are weighed most heavily, and the total fee is calculated primarily on the basis of hourly rates. We have established an hourly billing rate for each attorney and paralegal, and we maintain accurate records of the time we devote to your work, including conferences, negotiations, factual and legal research and analysis, document preparation and revision, travel and other related matters. Our time is recorded in units of tenths of an hour. The hourly rates of our lawyers and paralegals are adjusted from time to time to reflect changes in levels of expertise and experience. On occasion, hourly totals may be adjusted at the end of a case — either upwards or downwards — to take into account the various other factors described above. Randy Nussbaum's current hourly rate is $525.00.

We are frequently asked to provide an estimate of the amount of fees and costs likely to be incurred in connection with a particular matter. We will, whenever possible, furnish such an estimate. However, such an estimate is not to be considered a "not to exceed" or "fixed-fee" quotation, unless we have agreed to an arrangement of that sort in writing.

Periodically, we provide specific well-defined services on a "fixed-fee" or "fixed-hourly" basis. Other than these well-defined circumstances, we do not perform services on a fixed-fee or fixed-hourly basis. All services performed on a fixed-fee or fixed-hourly basis must be set forth in a letter outlining the scope of the services to be performed and the fee to be charged.

We also provide, in certain circumstances, representation on a contingent fee basis. As with flat-fee arrangements, services performed on a contingent fee basis must be set forth in a letter outlining the scope of the services to be performed and the fee arrangement. All contingent fee arrangements must be approved by the firm's Managing Partner.

6. **Additional Costs, Expenses and Advances.** We bill for certain ancillary services provided during the course of your representation. These costs are not included in the hourly rate and often will be billed directly to you. These costs include, but are not limited to: copying expenses, filing fees, messenger services, mailing expenses, expert fees, computer research (including specialized legal research services such as Lexis and Westlaw), travel expenses and court reporter costs. We strive to maintain these charges at rates lower than those charged by others in the area.

We will bill for costs as soon as possible after they are incurred, but as we often do not receive immediate billing from the service provider there may be some delay. On occasion, you may receive a cost bill even after receiving a "final" bill for attorneys' fees following the close of your representation. We would be more than happy to discuss with you how we bill for costs and to answer any questions you may have.

7. **Advance Deposit.** It is our policy to ask clients without an established payment history with the Firm to provide us with an advance deposit before commencing work. We believe that it is appropriate here, and an advance deposit of $100,000.00 is required, which has been received. The advance deposit will be applied against amounts due pursuant to this Fee

Case 4:21-bk-03091-BMW   Doc 8   Filed 04/26/21   Entered 04/26/21 18:01:59   Desc
Main Document    Page 7 of 10

Agreement. You will continue to be responsible for any remaining balance after application of the advance deposit to amounts due pursuant to this Fee Agreement. We will have the right to withdraw from further representation if the balance remains unpaid.

If the matter in which we are undertaking to represent you is not now in litigation, but litigation ensues, we will require an additional advance deposit suitable to what is customary in those matters. Further, if we are representing you in litigation, we will require an additional advance deposit as a trial deposit prior to the Court's setting a trial date.

By order of the State Bar Policy on Interest on Lawyer's Trust Accounts ("IOLTA"), your advance deposit/trust deposit will be placed in a pooled account. By court order, interest earned on pooled accounts is payable to the Arizona Bar Foundation for use in law-related education, services to the poor, and similar matters. Advance deposit and trust amounts in excess of $5,000 may, at your request, be placed into a separate interest-bearing account, in which case interest will be added to the deposit for your benefit and will be included in your taxable income. The firm retains a security interest in any retainers deposited with the firm.

8. **Billing Arrangements, Terms of Payment and Interest on Unpaid Balances.** The firm will send you a statement for services rendered, normally monthly, for both fees and costs. We expect these statements to be paid promptly. Interest charges and payment by credit card removed.

We will advise you if your account becomes delinquent. Should the delinquency continue without arrangement of satisfactory payment terms, we reserve the right to withdraw from the representation and pursue collection of your account. You agree to pay the costs of collecting the debt, including collection agency fees actually and reasonably incurred, court costs, filing fees and a reasonable attorney's fee.

9. **MERITAS.** Our firm is a member of MERITAS, an affiliation of independent business and commercial litigation law firms with offices in over 250 cities worldwide. MERITAS member firms are available to provide assistance to you if requested. No firm will be engaged on your behalf without your consent. MERITAS has a number of programs to share information and resources. MERITAS member firms do not share profits or revenues. If a firm is engaged on your behalf, you will be billed directly from that firm, unless other arrangements are made. MERITAS member firms do not share privileged information, except when jointly representing the same client. MERITAS member firms practice independently and are not in a relationship for the joint practice of law.

10. **File Destruction.** At the close of our representation on this matter, your file will be reviewed and any important original documents will be returned to you. The file will be placed in storage for seven years after which time it will be destroyed in accordance with the firm's file destruction policy.

11. **File Copies.** During the course of the representation, you will be provided copies of documents as they are generated. These copies are being concurrently tendered to you as your copy of the file. You must retain these documents for your permanent record, as no additional copy will be provided at the conclusion of the representation.

12. **Electronic Storage and Communications.** We retain many file documents in electronic format only and these may be stored on a secure separate third party server accessed via the internet. We communicate from time to time with our clients via facsimile, mobile telephone, and email. We will assume that third parties (e.g., employers or family members) do not have access to the email address which you provide us so you can receive confidential correspondence from us at that address. Please be certain that your email filters do not block emails from our office and that the allowable size of incoming emails is sufficient to accept emails from us with attachments and check the email regularly. No form of storage or communication is completely secure and these forms of storage and communication have some risk of improper interception even though our Firm maintains reasonable security measures to assure the confidentiality of your information. If you and or your company require any heightened security measures for the storage or transmission of electronic data, such as for government clearances, please notify us.

13. **Termination.** You may terminate our representation at any time, with or without cause, by notifying us. If such termination occurs, your entire file and property will be returned to you promptly. Your termination of our services will not affect your responsibility for payment of legal services rendered and additional charges incurred before termination and in connection with an orderly transition of the matter.

Under the Rules of Professional Responsibility several types of conduct or circumstances require or allow us to withdraw from representing a client, including, for example: nonpayment of fees or costs, misrepresentation or failure to disclose material facts, action contrary to our advice, and conflict of interest with another client. We will try to identify in advance and discuss with you any situation which may lead to our withdrawal and if withdrawal becomes necessary we will give you written notice of our withdrawal.

14. **Right to Arbitrate.** If you disagree with the amount of our fee, please discuss it with your principal contact attorney or with the firm's managing partner. Typically, such disagreements are resolved to the satisfaction of both sides with little inconvenience or formality. However, upon the agreement of both parties, any controversy relating to attorney fees shall be settled by arbitration in accordance with the Fee Arbitration Rules of the Arizona State Bar, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

The effective date of this agreement will be retroactive to the date upon which we were first consulted about representation. The parties agree that this agreement is to be kept confidential to the extent permitted by applicable law.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

Case 4:21-bk-03091-BMW   Doc 8   Filed 04/26/21   Entered 04/26/21 18:01:59   Desc
Main Document    Page 9 of 10

ACKNOWLEDGED AND AGREED TO:

SACKS TIERNEY P.A.

By: _____
    Randy Nussbaum

CRESTWOOD HOSPITALITY, LLC, an Arizona limited liability company

By: _____
    Jasbir Singh Khangura, Manager

Dated: 04/23/2021

By: _____
    Sukhbinder Khangura, Manager

Dated: 03-18-2021

Please sign, date and return the original signed copy of this Agreement to Sacks Tierney and retain a copy for your records.