Randy Nussbaum (SBN 006417)
Randy.Nussbaum@SacksTierney.com
Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
Sierra M. Minder (SBN 035795)
Sierra.Minder@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Proposed Attorneys for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| CRESTWOOD HOSPITALITY, LLC, | Case No. 4:21-bk-03091-BMW |
| Debtor. | **SUPPLEMENTAL DECLARATION PURSUANT TO RULE 2014 BY PROPOSED ATTORNEYS FOR THE DEBTOR** |
| | **Hrg Date:** May 12, 2021<br>**Hrg Time:** 10:15 A.M.<br>**Zoom ID:** 161 762 1900<br>**Zoom PW:** 089589 |

I, Randy Nussbaum, being first duly sworn, hereby supplements his *Declaration Pursuant to Rule 2014 by Proposed Attorneys for the Debtor* ("Rule 2014 Declaration") to respond to the *United States Trustee's Limited Objection to Application to Employ Counsel* ("UST's Limited Objection") [Dkt. No. 73]. In this regard, I depose and state:

1. I am a partner with the law firm of Sacks Tierney P.A. ("Sacks Tierney") which is located at 4250 N. Drinkwater Blvd., Fourth Floor, Scottsdale, Arizona.

2. I am duly admitted to practice law in the State of Arizona and am in good standing.

3. I practice in the field of bankruptcy law and am qualified to represent the Debtor in the above-captioned bankruptcy proceedings. I am certified by the Arizona State Bar in bankruptcy law and certified by the American Board of Certification in business bankruptcy law.

4. Debtor Crestwood Hospitality, LLC ("Debtor") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on April 23, 2021 (the "Petition Date").

5. The Debtor has requested that the Court authorize it to retain Sacks Tierney as its bankruptcy counsel in this case.

6. As disclosed in the Rule 2014 Declaration, Sacks Tierney represents Woodbridge Hospitality LLC dba Homewood Suites ("Woodbridge").

7. Woodbridge is owned by the same entities that own the Debtor: The Sukhbinder & Rupinder Khangura Family Revocable Trust dated May 19, 2008 (the "Suky & Rupi Trust") and the Jasbir Khangura Revocable Trust dated July 13, 2013 (the "Jas Trust"). The Suky & Rupi Trust and the Jas Trust (collectively, the "Owners") each own 50% of both the Debtor and Woodbridge.

8. As of the Petition Date, the Debtor's and Woodbridge's books and records reflect an inter-company loan by Woodbridge to Crestwood (the "Woodbridge Loan"). The Woodbridge Loan was made over the course of several years, beginning in 2014 through 2020, for a variety of purposes, including the acquisition of furniture, fixtures and equipment, and for certain property improvements. As of the Petition Date, the balance of the Woodbridge Loan was approximately $1,664,116.54. The Woodbridge Loan was disclosed in the Rule 2014 Declaration originally filed with the Court.

9. After consultation with independent professionals, the Suky & Rupi Trust and the Jas Trust have each decided to, and desire to, transfer to the Owners the obligation owing from the Debtor to Woodbridge. Specifically, Woodbridge shall treat the Woodbridge Loan as a distribution to the Owners from Woodbridge, and the Debtor will treat the Woodbridge Loan as a capital contribution from the Owners to the Debtor, and the transaction will be reflected as such on both the Debtor's and Woodbridge's 2020 tax returns. The tax

accountant for the Debtor and the Owners has confirmed that this treatment of the Woodbridge Loan is proper and consistent with general accounting practices.

10. In sum, the Woodbridge Loan will not be treated, by either Woodbridge or the Debtor, as a claim owed by the Debtor to Woodbridge, and Woodbridge will not be a creditor of the Debtor. This treatment will reduce the amount of debt owed by the Debtor to the body of general unsecured creditors as of the Petition Date which benefits other general unsecured creditors of the Debtor's estate.

11. Also as disclosed in the Rule 2014 Declaration, Sacks Tierney represents Khangura Development, LLC ("Khangura Development"), Legacy Hospitality, LLC ("Legacy") and Optima Lodging, LLC ("Optima").

12. Khangura Development, Legacy and Optima are each owned, 50% each, by the Suky & Rupi Trust and the Jas Trust.

13. The Debtor and Optima purportedly guaranteed certain obligations of Khangura Development to Maxim Commercial Capital LLC ("Maxim"). Sacks Tierney represented, and continues to represent, the Debtor, Optima and Khangura Development in connection with their negotiations with Maxim regarding its common asserted claim against the Debtor, Optima and Khangura Development.

14. In addition to its representation of Optima in connection with Optima's and the Debtor's common alleged obligations to Maxim, Sacks Tierney also represented, and continues to represent, Optima in connection with Optima's asserted obligations to Midland Bank. The Debtor has no obligations or connections to Midland Bank.

15. Legacy is a co-debtor of the Debtor's alleged liability to Brycon Corporation ("Brycon"). Sacks Tierney did not and does not represent either the Debtor or Legacy in connection with their asserted obligations to Brycon. Rather, Legacy and the Debtor were represented by other counsel in connection with Brycon's claims.

16. Sacks Tierney did and does, however, represent Legacy in connection with its obligations to its primary lender, Hall-Mesa, LLC ("Hall"). The Debtor has no obligations or connection to Hall.

17. None of Sacks Tierney's representations of the Debtor's affiliated entities creates an actual conflict of interest with respect to Sacks Tierney's representation of the Debtor.

18. Sacks Tierney is a disinterested party, as that term is defined by 11 U.S.C. § 101, in that it is not a creditor, equity security holder, or an insider of the Debtor.

19. Sacks Tierney will act in the best interests of the Debtor and will represent no other interest than the Debtor's in these Chapter 11 proceedings.

DATED: May 12, 2021.

**SACKS TIERNEY P.A.**

By: */s/ Randy Nussbaum*
Randy Nussbaum
Philip R. Rudd
Sierra M. Minder
*Proposed Attorneys for Debtor*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on May 12, 2021, to:

Hannah R. Torres*
hannah.torres@quarles.com
W. Scott Jenkins, Jr.*
scott.jenkins@quarles.com
Michael Galen *
michael.galen@quarles.com
QUARLES & BRADY L.L.P.
Two North Central Avenue
Phoenix, AZ 85004
*Attorneys for CIT Bank N.A.*

City of Tucson*
Investigations Section
Tax-investigations@tucsonaz.gov
P.O. Box 27210
Tucson, AZ 85726

Jason Ebe* jebe@swlaw.com
Benjamin W. Reeves*
breeves@swlaw.com
SNELL & WILMER L.L.P.
400 E. Van Buren Street, Suite 1900
Phoenix, AZ 85004
*Attorneys for Brycon Corporation*

John G. Sinodis*
JGS@jhc.law
James L. Ugalde * JLU@jhc.law
JENNINGS HAUGH CUNNINGHAM
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
*Attorneys for Maxim Commercial Capital LLC*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

| | |
|---|---|
| US SBA*<br>Office of Disaster Assistance<br>answerdesk@sba.gov<br>14925 Kingspur Road<br>Fort Worth, TX 76155 | US Small Business Administration<br>409 3rd St., SW<br>Washington, DE 20410 |
| US Small Business Administration<br>4041 N. Central Avenue, Suite 1000<br>Phoenix, AZ 85012 | Grant L. Cartwright *<br>gcartwright@maypotenza.com<br>Andrew A. Harnisch *<br>aharnisch@maypotenza.com<br>MAY, POTENZA, BARAN & GILLESPIE, P.C.<br>201 North Central Ave., Ste. 2200<br>Phoenix, AZ  85004-0608<br>*Attorneys for Sukhbinder and Rupinder Khangura* |
| Elizabeth C. Amorosi *<br>elizabeth.c.amorosi@usdoj.gov<br>OFFICE OF THE UNITED STATES TRUSTEE<br>230 N. First Ave., Ste. 204<br>Phoenix, AZ  85003-1706 | Matthew A. Silverman *<br>matthew.silverman@azag.gov<br>OFFICE OF THE ATTORNEY GENERAL<br>2005 North Central Avenue<br>Phoenix, AZ  85004-1592<br>*Attorneys for Arizona Dept. of Revenue* |
| Leib M. Lerner * leib.lerner@alston.com<br>Douglas J. Harris *<br>douglas.harris@alston.com<br>ALSTON & BIRD, LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA  90071<br>*Attorneys for Holiday Hospitality Franchising LLC* | John R. Worth *<br>jrw@forresterandworth.com<br>Byron H. Forrester *<br>bhf@forresterandworth.com<br>FORRESTER & WORTH, PLLC<br>2800 N. Central Ave., Ste. 1200<br>Phoenix, AZ  85004<br>*Attorneys for Holiday Hospitality Franchising LLC* |
| Arizona Department of Revenue<br>ATTN:  Education and Compliance<br>PO Box 29070<br>Phoenix, AZ 85038 | U.S. Small Business Administration *<br>gil.hopenstand@sba.gov<br>312 N. Spring Street, 5th Floor<br>Los Angeles, CA  90012 |

By: */s/ Cathie Bernales*